IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LANCE LAMONT GATLING, | : | 4:13-CR-00221 |
| Petitioner | : | |
| v. | : | (Judge Brann) |
| UNITED STATES OF AMERICA, | : | |
| Respondent | : | |

**ORDER**
August 25, 2015

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1. Pro Se petitioner's Lance Gatling's motion under 28 U.S.C. §2255 to vacate, set aside, or correct sentence ( ECF No. 99) is **DENIED**.

2. There is no basis for the issuance of a certificate of appealability.

3. The Clerk of the Court is directed to **CLOSE** related case 4:15-CV-01027.

BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge

1