IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:13-CR-00221-01 |
| v. | (Judge Brann) |
| LANCE LAMONT GATLING, | |
| Defendant. | |

## ORDER

### SEPTEMBER 1, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Gatling's motion for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A), (Doc. 104) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge